UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Winston Kemper    # RG06275
         v.
The Superior Court    APP. COURT # A120
of Alameda County    867

CV 08   1878 JSW (PR)
ERROR CORAM
NOBIS PETITION
3-31-08

This petition to proceed with above numbered lawsuit. Was rejected and denied by The Calif. Supreme Court 3-7-08. And the State Appellate Court 3-17-08 (no opinion given). This petition derive from The above Superior Court giving a erroneous decision. I'm unable to to present all necessary documents to this court. Because this prison is on lockdown. If this court will acknowledge this petition / motion and grant me a 30 day order to have copies made and necessary research done. So that I can properly present this petition. Thank you. Winston Kemper

STATE OF CALIFORNIA      )
COUNTY OF FRESNO         )
                         )

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746)

I, Winston Kemper, declare under the penalty of perjury that: I am the _____ in the above entitle action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe them to be true.

EXECUTED THIS 31 DAY OF March, 2008 AT PLEASANT VALLEY STATE PRISON, COALINGA, CALIFORNIA 93210.

(SIGNATURE) Winston Kemper
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL
(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I, Winston Kemper, am a resident of PLEASANT VALLEY STATE PRISON, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA. I am over the age of eighteen (18) years of age and I am a party of the above-entitled action. My address is: P. O. BOX 8500, COALINGA, CALIFORNIA 93210.
ON March 31, 2008, I SERVED THE FOREGOING: ERROR CORAM NOBIS / MOTION for 30 day Order so That I can Properly Present This Petition
(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, IN A SEALED ENVELOPE, WITH FIRST CLASS POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT PLEASANT VALLEY STATE PRISON, COALINGA, CALIFORNIA 93210.

I SERVED THE FOLLOWING PERSON(S) ADDRESSED BELOW:

U.S. District Court (clerk)
450 Golden Gate ave
S.F., Ca. 94102

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: 3-31-, 2008, Winston Kemper
(DECLARANT/PRISONER)