FILED

08 APR 24 PM 1:23

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WINSTON KEMPER,              )    CV-08-1878 JSW (PR)
                             )
        Plaintiff,           )    ERROR CORAM NOBIS PETITION
                             )
    v.                       )
                             )
SUPERIOR COURT OF            )
ALAMEDA COUNTY               )
                             )
        Defendant.           )
_____)

I filed a timely lawsuit in this court (Judge Jeffery White), Case Number CV-04-1667. This court stated I could not sue an individual nor could I sue Folsom Prison for negligence.

This court stated no law in denying me the privilege of suing these entities. This case simply put amount to discrimination. Superior Court, State Board of Control, and Board of Supervisors refused to reply or acknowledge my attempts to litigate this claim in their county.

These adverse actions violated my rights under Lewis v. Casey, 518 U.S. at 360. "I was denied minimum help necessary to litigate these issues." There may also be a conflict of interest in this case. The same judge who denied this claim with prejudice is the same one who allowed a flawed second charge against me (this conviction), although the Prosecutor used a unverifiable, whimsical

1  basis for this late charge. Defense Attorney gave rational
2  objection. Judge still refused to closely examine Prosecutor's
3  explanation for late filing. (<u>Mickens v. Taylor</u>, 535 U.S. 162.)

4  Since the second charge did not sustain "special allegation"
5  of another person present (which I was convicted of) defense
6  attorney was ineffective under sixth amendment; (1) Defense
7  Attorney actively representing conflict of interest, (2) The
8  conflict had an adverse effect on specific instances of counselor
9  performance. (<u>U.S. v. Swartz</u>, 283 F.3d 76, 94).

10  Lower Court denials and opinions enclosed. 3 Exhibits.

11  Dated: 4-21-08

12  Respectfully submitted,

14  *Winston Kemper*
   WINSTON KEMPER
   Plaintiff, In Pro Se

-2-

Pleasant Valley State Prison
P.O. Box 8500
Coalinga, Cali 93210

Susan/Clerk,

Do you have a copy of letter you sent me February 16, 2005. The Superior Court I sent the first law suit too is Oakland, ca Alameda County 12-4-04, (I have Proof). I think it was January /05 I sent your office a copy of Suit, On February 7, 2005 I sent your office and Alameda County a copy of law suit on different forms. Your letter state the Superior court should be contacted to determine status of case, I think after 3 months its clear Superior Court has no intention of replying. If this is true Please assist me in getting this filed in your court.

Thank you
Winston Kemper

IN THE SUPERIOR COURT IN AND FOR THE STATE OF CALIFORNIA

WINSTON KEMPER  
PLAINTIFF  
V.  
FOLSOM STATE PRISON  
AND DAVID HARRIS  
PRIVATE CITIZEN  

CIVIL LAW SUIT

(11) FOLSOM STATE PRISON HAS VIOLATED THE LAW, INCLUDING EVIDENCE CODE 669 (NEGLIGENCE) AND THEREFORE INSTRUMENTAL IN MY PRESENT FALSE IMPRISONMENT CONDITION A 4,000 DOLLAR CHECK WAS SENT THERE FOR ME 7-14-03 AND CLEARED 7-24-03, I PAROLED FROM THERE 7-26-03 MINUS THIS CHECK.

(12) DAVID HARRIS VIOLATED THE LAW 8-6-03 BY ATTACKING ME WITH A BASEBALL BAT CAUSING GREAT BODILY HARM. THESE CLAIMS COULD NOT BE RAISED IN FEDERAL COURT AND WAS REJECTED 11-8-04. THE STATE BOARD OF CONTROL DID NOT RESPOND TO MY CLAIM IN VIOLATION OF 911.6 GOV. P.4 CODE,(a)(1) SENT 8-3-04     Winston Kemper

SAT. 12-4-04

(Declaration Service By Mail, attached)  
(I never received notice this Petition Filed)

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
IN AND FOR THE COUNTY OF ALAMEDA

WINSTON KEMPER,

    Plaintiff,

vs.

EMERYVILLE POLICE
DEPARTMENT, et al.,

    Defendants.

No. RG06275221

ENDORSED
FILED
ALAMEDA COUNTY

SEP 4 - 2007

CLERK OF THE SUPERIOR COURT
By ___BARBARA DELL___
                Deputy

## ORDER OF DISMISSAL

Mr. Kemper has been given a number of chances to file a complaint that properly states a cause of action against one or more defendants, but he has not been able to do.

From these futile attempts to plead a valid cause of action, and from what I have learned in my phone conversations with Mr. Kemper, I conclude that there is no chance of his being able to state a valid cause of action against anyone. For one thing, he has conceded that he has not filed a public entity claim against any of the public-entity defendants, which means that cannot succeed in a lawsuit against them.

On the court's own motion, this action is DISMISSED WITH PREJUDICE.

Dated: August 31, 2007

_____
Stephen Dombrink
Judge of the Superior Court



**DIANA HERBERT**
CLERK/ADMINISTRATOR

STATE OF CALIFORNIA
# Court of Appeal
OFFICE OF THE CLERK
FIRST APPELLATE DISTRICT
350 McALLISTER STREET
SAN FRANCISCO, CA 94102-4712

TELEPHONE
(415) 865-7200
FAX
(415) 865-7209
E-MAIL
first.district@jud.ca.gov

February 16, 2005

Winston Kemper
B-64476
San Quentin State Prison
San Quentin, CA 94974

Dear Mr. Kemper,

This office has received your letter dated January 28, 2005 regarding a case you have filed in superior court. It is unclear which county you filed your lawsuit in, but it is necessary to contact that court to determine the status of your case. An appeal to the First District Court of Appeal would be filed after a superior court has made a decision.

Very truly yours,
DIANA HERBERT, Clerk/Administrator

by: *Susen Grah*
Assistant Clerk/Administrator



IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION TWO

| WINSTON KEMPER | A120867 |
| v. | |
| THE SUPERIOR COURT OF ALAMEDA COUNTY. | |

Court of Appeal, First Apellate District
**FILED**
MAR 1 7 2008
Diana Herbert, Clerk
by _____ Deputy Clerk

BY THE COURT:

The petition for writ of error coram nobis is denied.

Dated: MAR 1 7 2008          **Kline, P.J.**          P.J.

1

SUPREME COURT
**FILED**

MAR - 7 2008

No. S161465                    Frederick K. Ohlrich Clerk

                                          Deputy
# IN THE SUPREME COURT OF CALIFORNIA

---

THE PEOPLE, Plaintiff and Respondent,

v.

WINSTON KEMPER, Defendant and Appellant.

---

The above entitled matter is transferred to the Court of Appeal, First Appellate District, for consideration in light of *Hagan v. Superior Court* (1962) 57 Cal.2d 767. 22 CR 206, 371 P.2d 982. In the event the Court of Appeal determines that this petition is substantially identical to a prior petition, the repetitious petition must be denied.

                                          **GEORGE**
                                          *Chief Justice*

STATE OF CALIFORNIA )
COUNTY OF FRESNO )
_____ )

**(C.C.P. SEC. 446 & 201.5; 28 U.S.C. SEC. 1746)**

I, Winston Kemper declare under the penalty of perjury that: I am the _____ in the above entitle action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe them to be true.

EXECUTED THIS 21 DAY OF April, 2008 AT PLEASANT VALLEY STATE PRISON, COALINGA, CALIFORNIA 93210

(SIGNATURE) Winston Kemper
(DECLARANT/PRISONER)

---

**PROOF OF SERVICE BY MAIL**
**(C.C.P. SEC 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)**

I, Winston Kemper, am a resident of PLEASANT VALLEY STATE PRISON, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA. I am over the age of eighteen (18) years of age and I am a party of the above-entitled action. My address is: P.O. BOX 8500, COALINGA, CALIFORNIA 93210.
ON April 21, 2008, I SERVED THE FOREGOING:
ERROR CORAM NOBIS PETITION

**(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)**
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, IN A SEALED ENVELOPE, WITH FIRST CLASS POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN THE DEPOSIT BOX SO PROVIDED AT PLEASANT VALLEY STATE PRISON, COALINGA, CALIFORNIA 93210.

I SERVED THE FOLLOWING PERSON (S) ADDRESSED BELOW:

U.S. District Court
450 Golden Gate ave
P.O. Box 36060
S.F., Ca. 94102-9680

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: April 21, 2008, Winston Kemper
(DECLARANT/PRISONER)